NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**F45 TRAINING PTY LTD., F45 TRAINING INC.,**

*Plaintiffs-Appellants*

v.

**BODY FIT TRAINING USA INC., BFT FRANCHISE HOLDINGS LLC,**

*Defendants-Appellees*

---

2023-1304

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-01194-WCB, Circuit Judge William C. Bryson.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        F45 TRAINING PTY LTD. V. BODY FIT TRAINING USA INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>April 17, 2023</u>
    Date                    <u>/s/ Peter R. Marksteiner</u>
                                 Peter R. Marksteiner
                                 Clerk of Court

**ISSUED AS A MANDATE:** April 17, 2023